against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and orders affirmed, with costs.

KRUSE, J., dissents. ROBSON, J., not sitting.

COONEY, Appellant, v. KILMER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by John W. Cooney against Jonas M. Kilmer and another. W. R. Hill, for appellant. T. B. Merchant, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CORNELL STEAMBOAT CO., Appellant, v. NEVILLE, Respondent. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by the Cornell Steamboat Company against Michael H. Neville.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SEWELL, J., dissents.

CRAMMOND, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Earle D. Crammond, an infant, by Elizabeth B. Orr, his guardian ad litem, against the International Paper Company. No opinion. Judgment and order unanimously affirmed, with costs. See 101 N. Y. Supp. 363.

CREAMER, Respondent, v. METROPOLITAN SECURITIES CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Frank D. Creamer against the Metropolitan Securities Company and another. No opinion. As the interlocutory judgment gives the appellants the right to plead over, this motion is unnecessary. Therefore, and for this reason, it is denied, with $10 costs.

CROMPTON v. DOBBS et al. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by William Crompton against Charles G. Dobbs and another. No opinion. Motion denied, with $10 costs. Settle order on notice.

CROMPTON, Respondent, v. DOBBS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by William Crompton against Charles G. Dobbs and others. W. B. Wait, Jr., for appellants. L. W. Stotesbury, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CUMMINGS et al., Respondents, v. BAILEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Michael J. Cummings and others against Edwin Bailey, Jr., and others. No opinion. Judgment (104 N. Y. Supp. 283) affirmed, with costs.

DAVIS, Respondent, v. DODGE, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Robert L. Davis against John L. Dodge. No opinion. Motion to dismiss appeal granted, with costs, unless appeal is perfected and case regularly noticed for argument and placed on the next calendar. On compliance, motion denied, without costs.

DAVIS, Respondent, v. ROSENZWEIG, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Harry B. Davis against William Rosenzweig, impleaded. H. H. Maass, for appellant. J. Frenkenheimer, for respondent. No opinion. Judgment affirmed, with costs, on authority of Occidental Realty Co. v. Palmer (decided February 8, 1907) 102 N. Y. Supp. 648. Order filed.

DAYTON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Warren Dayton, Jr., against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

DEEGAN, Respondent, v. GUTTA PERCHA & RUBBER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Daniel Deegan against the Gutta Percha & Rubber Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 103 N. Y. Supp. 1122.

DEERING v. FIELDS et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Special Term. Action by James A. Deering against William J. Fields, impleaded. From an order granting a motion for retaxation of costs, plaintiff appeals. Reversed, and motion denied. C. L. Barber, for appellant. A. Thain, for respondent.

PER CURIAM. The court having decided, on the appeal from the judgment in this action, that the defendant Fields was not entitled to costs, this order, which awards additional costs to him, must be reversed, with $10 costs and disbursements, and the motion for retaxation denied, with $10 costs.

DEERING v. SCHREYER et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Special Term, New York County. Action by James A. Deering against John Schreyer and another. From a judgment for defendants, plaintiff appeals. Modified and affirmed. See 97 N. Y. Supp. 14.